IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEW MEXICO

JOHN ORLOVSKY

    Plaintiff,

vs.                                                     Case – 1:20-cv-01357

GEICO ADVANTAGE INSURANCE COMPANY,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Defendant GEICO Advantage Insurance Company, by and through its counsel, files the following Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1:

1.     GEICO Advantage Insurance Company is a wholly-owned subsidiary of GEICO Corporation. GEICO Corporation is an indirect, wholly-owned subsidiary of a publicly-traded company, Berkshire Hathaway, Inc.

2.     No other publicly held company directly owns 10% or more of GEICO Advantage Insurance Company's stock.

        Respectfully submitted,

        O'BRIEN & PADILLA, P.C.

    By:    */s/ Jeffrey M. Mitchell*
             DANIEL J. O'BRIEN
             JEFFREY M. MITCHELL
             6000 Indian School Rd. NE, Suite 200
             Albuquerque, NM 87110
             dobrien@obrienlawoffice.com
             jmitchell@obrienlawoffice.com
             *Attorneys for Defendant GEICO*
             *Advantage Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of December, 2020, the foregoing document was filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Eva K. Blazejewski
Heather K. Hansen
BLAZEJEWSKI & HANSEN, LLC
2501 Rio Grande Blvd. NW, Suite B
Albuquerque, NM 87104
eva@blazehansenlaw.com
heather@blazehansenlaw.com
*Attorneys for Plaintiff*

*/s/ Jeffrey M. Mitchell*
JEFFREY M. MITCHELL