IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN ORLOVSKY,

      Plaintiff,

vs.                                                Civ. No. 1:20-cv-01357-KK-SCY

GEICO ADVANTAGE
INSURANCE COMPANY,

      Defendant.

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF HIS MOTION TO REMAND [DOC. 9] AND MOTION TO LIFT THE STAY OF PROCEEDINGS [DOC. 12]**

COMES NOW John Orlovsky, by and through his Counsel of Record, BLAZEJEWSKI & HANSEN, LLC (Eva K. Blazejewski and Heather K. Hansen), and hereby notifies the Court that he is respectfully withdrawing his Motion to Remand [Doc.9]. Upon consultation with Defense Counsel, and upon reflection, it has been determined that this Court is an appropriate venue for this matter to be adjudicated.

As this withdrawal renders the Motion to Stay [Doc. 11] and subsequent Order Staying Proceedings [Doc. 12] moot, the parties also request that the stay of proceedings be lifted, and that the Court issue any and all initial deadlines it deems appropriate.

                                    Respectfully submitted,

                                    /s/Heather K. Hansen
                                    Eva K. Blazejewski
                                    Heather K. Hansen
                                    Blazejewski & Hansen, LLC
                                    2501 Rio Grande Blvd NW, Suite B
                                    Albuquerque, New Mexico 87104
                                    (505) 554-1660
                                    (505) 393-4508 Facsimile

eva@blazehansenlaw.com
heather@blazehansenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of February, 2021, the foregoing document was filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

DANIEL J. O'BRIEN
JEFFREY M. MITCHELL
6000 Indian School Rd. N.E., Suite 200
Albuquerque, NM 87110
(505) 883-8181
dobrien@obrienlawoffice.com
jmitchell@obrienlawoffice.com
*Attorneys for Defendant GEICO Advantage Insurance Co.*


/s/Heather K. Hansen
HEATHER K. HANSEN